```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 24159
    TERINA LANETTE FOUNTAIN
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-9166


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 12/21/2007 and was not confirmed.

    The case was dismissed without confirmation 04/30/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T  NOTICE ONLY     NOT FILED          .00          .00
ASSET ACCEPTANCE LLC      UNSECURED         3004.02          .00          .00
ASSET ACCEPTANCE LLC      UNSECURED          481.03          .00          .00
ASSET ACCEPTANCE LLC      UNSECURED         2624.09          .00          .00
INDYMAC BANK              CURRENT MORTG        .00           .00          .00
INDYMAC BANK              MORTGAGE ARRE    43029.50          .00          .00
NOVASTAR MTG              CURRENT MORTG        .00           .00          .00
CONGRESS COLLECTION       UNSECURED       NOT FILED          .00          .00
T-MOBILE USA              UNSECURED          161.83          .00          .00
CREDIT UNION 1            UNSECURED         7036.67          .00          .00
GREAT LAKES HIGHER EDUC   UNSECURED       NOT FILED          .00          .00
GREAT LAKES HIGHER EDUC   UNSECURED       NOT FILED          .00          .00
GREAT LAKES HIGHER EDUC   UNSECURED       NOT FILED          .00          .00
GREAT LAKES HIGHER EDUC   UNSECURED       NOT FILED          .00          .00
GREAT LAKES HIGHER EDUC   UNSECURED       NOT FILED          .00          .00
GREAT LAKES HIGHER EDUC   UNSECURED       NOT FILED          .00          .00
RMI/MCSI                  UNSECURED          150.00          .00          .00
ECMC                      UNSECURED        26251.90          .00          .00
US DEPT OF EDUCATION      UNSECURED        24132.58          .00          .00
SAXON MORTGAGE SERVICES   CURRENT MORTG        .00           .00          .00
SAXON MORTGAGE SERVICES   SECURED NOT I     2121.18          .00          .00
NOVASTAR                  SECURED          53878.00          .00         1767.00
PORTFOLIO RECOVERY ASSOC  UNSECURED         3057.61          .00          .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         1700.45          .00          .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          194.58          .00          .00
ILLINOIS DEPT OF REVENUE  UNSECURED           16.20          .00          .00
ILLINOIS DEPT OF REVENUE  PRIORITY           243.66          .00          .00
ERNESTO D BORGES JR       DEBTOR ATTY      1,500.00                      100.60
TOM VAUGHN                TRUSTEE                                        162.40
DEBTOR REFUND             REFUND                                          .00


        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 24159 TERINA LANETTE FOUNTAIN
```

```
TRUSTEE                                        2,030.00

PRIORITY                                                              .00
SECURED                                                          1,767.00
UNSECURED                                                             .00
ADMINISTRATIVE                                                     100.60
TRUSTEE COMPENSATION                                               162.40
DEBTOR REFUND                                                         .00
                                       ----------------  ----------------
TOTALS                                         2,030.00          2,030.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 08/21/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                         PAGE   2
     CASE NO. 07 B 24159 TERINA LANETTE FOUNTAIN